UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:15-CV-1084-ORL-28DAB

BERNARD NOEL,

    Plaintiff,

vs.

THE PANTRY, INC.,

    Defendant.
_____/

## STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the parties to this action that the claim previously filed herein be dismissed with prejudice, each party to bear his own attorney's fees and costs, and counsel for the parties herein show unto the court that the above-styled cause has been amicably compromised and fully settled.

Dated this 12th day of October, 2015.

Andrea Caro, Esquire
Florida Bar No.: 0499471
acaro@zkslawfirm.com
Zimmerman, Kiser & Sutcliffe, P.A.
P.O. Box 3000
315 E. Robinson St., Suite 600 (32801)
Orlando, FL 32802
(407) 425-7010
Attorneys for Defendant
The Pantry, Inc.

Eric W. Deming, Esquire
Florida Bar No.: 43678
Morgan & Morgan, P.A.
20 N. Orange Ave, 4th Floor
P.O. Box 4979
Orlando, FL 32802-4979
(407) 420-1414
Attorneys for Plaintiff
Bernard Noel

[11767-11/5064899/1]

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail/e-mail this 12th day of October, 2015, to Eric W. Deming, Attorney, Morgan & Morgan, P.A., 20 N. Orange Ave, 4th Floor P.O. Box 4979, Orlando, FL 32802-4979, edeming@forthepeople.com.

Andrea Caro, ESQUIRE
Florida Bar No.: 0499471
acaro@zkslawfirm.com
Zimmerman, Kiser & Sutcliffe, P.A.
P.O. Box 3000
315 E. Robinson St., Suite 600 (32801)
Orlando, FL 32802
(407) 425-7010
Attorneys for Defendant
The Pantry, Inc.

[11767-11/5064899/1]